# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

SARA C.,

    Plaintiff,

                         Case No. 3:22-cv-284
                         District Judge Thomas M. Rose
v.                       Magistrate Judge Elizabeth P. Deavers

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

    Defendant.

## ORDER

This Social Security disability benefits appeal is presently before the Court on the parties' joint stipulation to remand this case to the Commissioner for further administrative proceedings pursuant to the Fourth Sentence of 42 U.S.C. § 405(g).  (Doc. #7). Based upon the stipulation of the parties and for good cause shown, **IT IS ORDERED THAT:**

1.  The parties' Joint Stipulation for Remand (Doc. #7) is **ACCEPTED**;

2. The Clerk of Court is directed to enter Judgment in Plaintiff's favor under Fed. R. Civ. P. 58;

3. This matter is **REMANDED** to the Social Security Administration, pursuant to sentence four of 42 U.S.C. § 405(g), for further consideration consistent with this Order and the parties' stipulation; and

4. The case is terminated on the docket of this Court.

**IT IS SO ORDERED.**

January 12, 2023                                                 s/Thomas M. Rose

                                                                _____
                                                                  THOMAS M. ROSE
                                                            UNITED STATES DISTRICT JUDGE